FILED

03/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0396

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0396

_____

GWENDOLYN J. GERBER,

       Plaintiff, Counter Defendant,
       and Appellee,

   v.                                    O R D E R

DIEGO S. DAVALOS and AMBER K. FAZEDIN,

       Defendants, Counter Claimants,
       and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 13 2024